# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**JEREMY JACOB KLINE,**

    **Plaintiff,**

v.                                                      **No. 15-cv-1096 MCA/SMV**

**STATE OF NEW MEXICO and**
**DEPARTMENT OF CORRECTIONS,**

    **Defendants.**

## ORDER TO CURE DEFICIENCY

Plaintiff submitted a civil rights complaint. The Court determines that Plaintiff's filing is deficient as described in this order. Plaintiff is directed to cure the following if he wishes to pursue his claims:

**I. Filing Fee:**

      X       filing fee has not been received ($400 civil/administrative)

**II. Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**

(1)    X    is not filed
(2)    ___    is missing affidavit
(3)    ___    is missing certified copy of prisoner's inmate account statement for the 6-month period immediately preceding this filing
(4)    ___    is missing required financial information
(5)    ___    is missing an original signature by the prisoner
(6)    ___    is not on proper form (must use current form)
(7)    ___    names in caption do not match names in caption of complaint, petition or habeas application
(8)    ___    other _____

**III. Complaint, Petition or Application:**

(1) _____ is missing
(2) _____ is not on proper form (must use our form Rev. 5/96)
(3) _____ is missing an original signature by the prisoner
(4) _____ is missing page nos. _____
(5) _____ other _____

Papers filed in response to this order must include the civil action number (15-cv-1096 MCA/SMV) of this case.  Failure to cure the designated deficiencies within 30 days from the date of this order may result in dismissal of this action without further notice.

      **IT IS THEREFORE ORDERED** that Plaintiff cure the deficiencies designated above within 30 days from the date of this order;

      **IT IS FURTHER ORDERED** that the Clerk is directed to mail to Plaintiff, together with a copy of this order, the following forms: 2 copies each of an Application to Proceed in District Court without Prepaying Fees or Costs and Financial Certificate.

      **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**UNITED STATES MAGISTRATE JUDGE**