IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**JEREMY JACOB KLINE,**

    **Plaintiff,**

**v.**                                                                No. 15-cv-1096 MCA/SMV

**STATE OF NEW MEXICO and**
**DEPARTMENT OF CORRECTIONS,**

    **Defendants.**

## ORDER

THIS MATTER is before the Court on Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [Doc. 5], filed on December 21, 2015. Because the Court grants the application, the filing fee for this civil rights complaint is $350.00. Based on the information about Plaintiff's financial status, the Court will waive an initial partial payment pursuant to 28 U.S.C. § 1915(b)(1). Plaintiff is required to pay the full amount of the filing fee pursuant to § 1915(b)(1). Failure to comply with this order may result in dismissal of the complaint without further notice.

**IT IS THEREFORE ORDERED** that Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [Doc. 5] is GRANTED, and the initial payment is WAIVED;

**IT IS FURTHER ORDERED** that Plaintiff file monthly financial certificates and make monthly payments of 20% of the preceding month's income credited to his account or show cause why the payment should be excused; and the Clerk is directed to provide Plaintiff with two copies of the post-filing financial certificate.

                                                          _____
                                                          UNITED STATES MAGISTRATE JUDGE